## CLAUDE A. McGLOCKLIN v. THE STATE.

No. 16700.   Delivered April 18, 1934.
Rehearing Denied (Without Written Opinion) May 16, 1934.

The opinion states the case.

*Wallace Hughston,* of McKinney, and *Floyd Harry,* of Farmersville, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, JUDGE.—Conviction is for the possession for

the purpose of sale of malt liquor containing in excess of 3.2% of alcohol by weight. Punishment, four years in the penitentiary.

The prosecution appears to have been under the provisions of chapter 116, Acts 43d Legislature, Regular Session.

The indictment properly charges the offense. No statement of facts or bills of exception are found in the record. No question is presented for review.

The judgment is affirmed.

*Affirmed.*